UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CV-24165-Moore-Torres

ACCESS NOW, INC., a Florida
not-for-profit corporation, and
CHRIST TAVANTZIS, an individual,

    Plaintiffs,

vs.

GUESCH, INC., a Florida corporation,
d/b/a Berkeley Shore Hotel,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, CHRIST TAVANTZIS and ACCESS NOW, INC., hereby notify the Court that the Parties have settled this matter and are in the process of finalizing their settlement agreement. Plaintiffs will be filing a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) within 14 days of the filing of this Notice.

Dated: May 7, 2012.

                                Respectfully submitted,

                                **DE LA O, MARKO,**
                                **MAGOLNICK & LEYTON**
                                Attorneys for Plaintiff
                                3001 S.W. 3rd Avenue
                                Miami, Florida 33129
                                Telephone: (305) 285-2000
                                Facsimile:  (305) 285-5555

                                By: /s/ Charles D. Ferguson
                                    Charles D. Ferguson
                                    Florida Bar No. 0741531
                                    ferguson@dmmllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Charles D. Ferguson