UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CV-24165-Moore-Torres

ACCESS NOW, INC., a Florida
not-for-profit corporation, and
CHRIST TAVANTZIS, an individual,

    Plaintiffs,

vs.

GUESCH, INC., a Florida corporation,
d/b/a Berkeley Shore Hotel,

    Defendant.
_____/

**PARTIES' JOINT NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT AND REQUEST FOR RETENTION OF JURISDICTION**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs, ACCESS NOW, INC., and CHRIST TAVANTZIS ("Plaintiffs"), and Defendant, GUESCH, INC. ("Defendant"), hereby file this Joint Notice of Dismissal with Prejudice governing the claims filed against the Defendant. The Plaintiffs and Defendant have reached a settlement governing all of Plaintiffs' claims against the Defendant, and have mutually agreed to seek an order dismissing all pending claims against the Defendant with prejudice. The parties have also reached an agreement on attorney's fees, and costs.

    In addition, the parties respectfully request that this Court retain jurisdiction in order to enforce the terms of the Settlement Agreement between Plaintiff and Defendant. *See* Settlement Agreement and Order (attached hereto as Exhibit 1). The retention of jurisdiction, which is contemplated in paragraph six (6) of the Settlement Agreement, is appropriate where compliance with the Settlement Agreement requires the successful remediation of architectural barriers that implicate the rights of disabled

Case 1:11-cv-24165-KMM   Document 21   Entered on FLSD Docket 05/18/2012   Page 2 of 2

persons under federal law.  Moreover, the deadline to complete the remediation, which is subject to acts of God, force majeure, or events beyond the control of Defendant, is August 1, 2012, which will not burden the Court with an unreasonable amount of time.

However, before Plaintiffs can move for enforcement of the Settlement Agreement with the Court, the parties must first adhere to the dispute mechanism set forth in paragraph seven (7).  For the reasons set forth above, the parties respectfully request that this Honorable Court enter the attached Order dismissing this case with prejudice and retaining jurisdiction to enforce the terms of the Settlement Agreement.

Dated: May 17, 2012.

Respectfully submitted,

**DE LA O, MARKO, MAGOLNICK & LEYTON**
Attorneys for Plaintiff
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 285-2000
Facsimile:  (305) 285-5555

By: /s/ Charles D. Ferguson
        Charles D. Ferguson
        Florida Bar No. 0741531
        ferguson@dmmllaw.com

**SHEVLIN & ATKINS**
Attorneys for Defendant
1111 Kane Concourse, Suite 400
Bay Harbor Islands, Florida 33154
Telephone: (305) 868-0304
Facsimile:  (305) 868-0338

By: /s/ Barry T. Shevlin
        Barry T. Shevlin, Esq.
        Florida Bar No. 511587
        barry@shevlinatkins.com